IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IVORIE E. KELLEY, | § | |
| | § | |
| Defendant Below, | § | No. 263, 2020 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1705016229 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 8, 2020
Decided: November 4, 2020

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

# **O R D E R**

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated July 30, 2020, denying the appellant's motion for correction of sentence. The appellant's 2013 conviction for drug dealing under 16 *Del. C.* § 4753(2) is not subject to mandatory expungement under the provisions of 11 *Del. C.* § 4373 or 16 *Del. C.* § 4764(j).

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:


/s/ James T. Vaughn, Jr.
Justice